IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COMMERCIAL CREDIT GROUP INC.**                             **PLAINTIFF**

v.                     Case No. 1:15-cv-00093 KGB

**ALLIANZ GLOBAL CORPORATE & SPECIALTY
NORTH AMERICA a/k/a AGCS MARINE INSURANCE
COMPANY; BATESVILLE INSURANCE AGENCY, INC. d/b/a
COMMUNITY INSURANCE PROFESSIONALS, INC.;
and SWETT & CRAWFORD**                                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Opinions and Orders entered in this matter on March 30, 2018, the Court grants defendants Batesville Insurance Agency, Inc. d/b/a Community Insurance Professionals, Inc. ("Community"), Allianz Global Corporate & Specialty North America a/k/a AGCS Marine Insurance Company ("AGCS"), and Swett & Crawford's ("Swett") motions for summary judgment (Dkt. Nos. 45; 58; 61). The Court dismisses with prejudice plaintiff Commercial Credit Group, Inc.'s claims; the relief requested is denied. The Court dismisses without prejudice Community's cross-claim against AGCS and Swett and AGCS and Swett's cross-claims against Community (Dkt. Nos. 32; 43; 44).

So adjudged this 13th day of April, 2018.

                                                                _____
                                                                 Kristine G. Baker
                                                                 United States District Judge